TIME SHEET - PLAINTIFF ARTURO LABRADA 2011
PAYCHEX - HANDY WASH INC

| WEEK START | WEEK END | WEEKLY PAYMENT | TOTAL HOURS WORKED | HOURLY RATE | OT HOURS TOTAL | OT RATE PER HOUR | TOTAL OT OWED |
|---|---|---|---|---|---|---|---|
| 02/21/11 | 02/27/11 | $ 598.50 | 37.41 | $ - | | $ - | $ - |
| 02/28/11 | 03/06/11 | $ 1,092.50 | 66.24 | $ 16.49 | 26.24 | $ 8.25 | $ 216.39 |
| 03/07/11 | 03/13/11 | $ 1,054.50 | 69.16 | $ 15.25 | 29.16 | $ 7.62 | $ 222.30 |
| 03/14/11 | 03/20/11 | $ 627.00 | 45.32 | $ 13.83 | 5.32 | $ 6.92 | $ 36.80 |
| 03/21/11 | 03/27/11 | $ 807.50 | 49.76 | $ 16.23 | 9.76 | $ 8.11 | $ 79.19 |
| 03/28/11 | 04/03/11 | $ 1,216.00 | 74.51 | $ 16.32 | 34.51 | $ 8.16 | $ 281.60 |
| 04/04/11 | 04/10/11 | $ 1,026.00 | 60.00 | $ 17.10 | 20.00 | $ 8.55 | $ 171.00 |
| 04/11/11 | 04/17/11 | $ 1,159.00 | 60.00 | $ 19.32 | 20.00 | $ 9.66 | $ 193.17 |
| 04/18/11 | 04/24/11 | $ 1,064.00 | 60.00 | $ 17.73 | 20.00 | $ 8.87 | $ 177.33 |
| 04/25/11 | 05/01/11 | $ 1,026.00 | 60.00 | $ 17.10 | 20.00 | $ 8.55 | $ 171.00 |
| 05/02/11 | 05/08/11 | $ 921.50 | 11.56 | $ - | | $ - | $ - |
| 05/09/11 | 05/15/11 | $ 1,026.00 | 60.00 | $ 17.10 | 20.00 | $ 8.55 | $ 171.00 |
| 05/16/11 | 05/22/11 | $ 931.00 | 54.42 | $ 17.11 | 14.42 | $ 8.55 | $ 123.35 |
| 05/23/11 | 05/29/11 | $ 1,235.00 | 71.10 | $ 17.37 | 31.10 | $ 8.68 | $ 270.10 |
| 05/30/11 | 06/05/11 | $ 959.50 | 58.92 | $ 16.28 | 18.92 | $ 8.14 | $ 154.05 |
| 06/06/11 | 06/12/11 | $ 1,102.00 | 67.87 | $ 16.24 | 27.87 | $ 8.12 | $ 226.26 |
| 06/13/11 | 06/19/11 | $ 684.00 | 50.27 | $ 13.61 | 10.27 | $ 6.80 | $ 69.87 |
| 06/20/11 | 06/26/11 | $ 1,026.00 | 66.76 | $ 15.37 | 26.76 | $ 7.68 | $ 205.63 |
| 06/27/11 | 07/03/11 | $ 788.50 | 54.20 | $ 14.55 | 14.20 | $ 7.27 | $ 103.29 |
| 07/04/11 | 07/10/11 | $ 874.00 | 53.67 | $ 16.28 | 13.67 | $ 8.14 | $ 111.31 |
| 07/11/11 | 07/17/11 | $ 921.50 | 65.94 | $ 13.97 | 25.94 | $ 6.99 | $ 181.25 |
| 07/18/11 | 07/24/11 | $ 950.00 | 67.74 | $ 14.02 | 27.74 | $ 7.01 | $ 194.52 |
| 07/25/11 | 07/31/11 | $ 1,064.00 | 53.86 | $ 19.75 | 13.86 | $ 9.88 | $ 136.90 |
| 08/01/11 | 08/07/11 | $ 855.00 | 55.90 | $ 15.30 | 15.90 | $ 7.65 | $ 121.60 |
| 08/08/11 | 08/14/11 | $ - | | $ - | | $ - | $ - |
| 08/15/11 | 08/21/11 | $ 1,104.00 | 70.82 | $ 15.59 | 30.82 | $ 7.79 | $ 240.22 |
| 08/22/11 | 08/28/11 | $ 940.50 | 63.63 | $ 14.78 | 23.63 | $ 7.39 | $ 174.63 |
| 08/29/11 | 09/04/11 | $ 950.00 | 66.36 | $ 14.32 | 26.36 | $ 7.16 | $ 188.68 |
| 09/05/11 | 09/11/11 | $ 1,178.00 | 60.00 | $ 19.63 | 20.00 | $ 9.82 | $ 196.33 |
| 09/12/11 | 09/18/11 | $ 617.50 | 36.84 | $ - | | $ - | $ - |
| 09/19/11 | 09/25/11 | $ 988.00 | 61.31 | $ 16.11 | 21.31 | $ 8.06 | $ 171.70 |
| 09/26/11 | 10/02/11 | $ 1,130.50 | 60.00 | $ 18.84 | 20.00 | $ 9.42 | $ 188.42 |
| 10/03/11 | 10/09/11 | $ 1,073.50 | 69.51 | $ 15.44 | 29.51 | $ 7.72 | $ 227.87 |
| 10/10/11 | 10/16/11 | $ 969.00 | 59.49 | $ 16.29 | 19.49 | $ 8.14 | $ 158.73 |
| 10/17/11 | 10/23/11 | $ 1,159.00 | 68.07 | $ 17.03 | 28.07 | $ 8.51 | $ 238.97 |
| 10/24/11 | 10/30/11 | $ 1,007.00 | 59.22 | $ 17.00 | 19.22 | $ 8.50 | $ 163.41 |
| 10/31/11 | 11/06/11 | $ 1,206.50 | 70.72 | $ 17.06 | 30.72 | $ 8.53 | $ 262.05 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/07/11 | 11/13/11 | $ 1,035.50 | 67.88 | $ | 15.25 | 27.88 | $ | 7.63 | $ 212.65 |
| 11/14/11 | 11/20/11 | $ 1,092.50 | 66.27 | $ | 16.49 | 26.27 | $ | 8.24 | $ 216.54 |
| 11/21/11 | 11/27/11 | $ 731.50 | 44.35 | $ | 16.49 | 4.35 | $ | 8.25 | $ 35.87 |
| 11/28/11 | 12/04/11 | $ 1,083.00 | 65.91 | $ | 16.43 | 25.91 | $ | 8.22 | $ 212.87 |
| 12/05/11 | 12/11/11 | $ 1,359.00 | 68.85 | $ | 19.74 | 28.85 | $ | 9.87 | $ 284.73 |
| 12/12/11 | 12/18/11 | $ 893.00 | 57.48 | $ | 15.54 | 17.48 | $ | 7.77 | $ 135.78 |
| 12/19/11 | 12/25/11 | $ 912.00 | 67.22 | $ | 13.57 | 27.22 | $ | 6.78 | $ 184.65 |
| | | | | | | | **Total:** | $ | **7,112.03** |

TIME SHEET - PLAINTIFF ARTURO LABRADA 2012
PAYCHEX - HANDY WASH INC

| WEEK START | WEEK END | WEEKLY PAYMENT | TOTAL HOURS WORKED | HOURLY RATE | OT HOURS TOTAL | OT RATE PER HOUR | TOTAL OT OWED |
|---|---|---|---|---|---|---|---|
| 12/26/11 | 12/1/12 | | | $ - | | $ - | $ - |
| 01/02/12 | 01/08/12 | $ 836.00 | 53.79 | $ 15.54 | 13.79 | $ 7.77 | $ 107.16 |
| 01/09/12 | 01/15/12 | $ 1,187.50 | 72.83 | $ 16.31 | 32.83 | $ 8.15 | $ 267.65 |
| 01/16/12 | 01/22/12 | $ 133.00 | 10.07 | $ 13.21 | | $ 6.60 | $ - |
| 01/23/12 | 01/29/12 | | | $ - | | $ - | $ - |
| 01/30/12 | 02/05/12 | | | $ - | | $ - | $ - |
| 02/06/12 | 02/12/12 | $ 532.00 | 32.17 | $ 16.54 | | $ 8.27 | $ - |
| 02/13/12 | 02/19/12 | $ 1,016.50 | 72.76 | $ 13.97 | 32.76 | $ 6.99 | $ 228.84 |
| 02/20/12 | 02/26/12 | $ 1,026.00 | 66.94 | $ 15.33 | 26.94 | $ 7.66 | $ 206.46 |
| 02/27/12 | 03/04/12 | $ 1,035.50 | 69.84 | $ 14.83 | 29.84 | $ 7.41 | $ 221.22 |
| 03/05/12 | 03/11/12 | $ 1,216.00 | 71.75 | $ 16.95 | 31.75 | $ 8.47 | $ 269.05 |
| 03/12/12 | 03/18/12 | $ 912.00 | 66.90 | $ 13.63 | 26.90 | $ 6.82 | $ 183.35 |
| 03/19/12 | 03/25/12 | $ 1,244.50 | 69.16 | $ 17.99 | 29.16 | $ 9.00 | $ 262.36 |
| 03/26/12 | 04/01/12 | $ 959.50 | 54.09 | $ 17.74 | 14.09 | $ 8.87 | $ 124.97 |
| 04/02/12 | 04/08/12 | $ 1,045.00 | 71.38 | $ 14.64 | 31.38 | $ 7.32 | $ 229.70 |
| 04/09/12 | 04/15/12 | $ 978.50 | 65.28 | $ 14.99 | 25.28 | $ 7.49 | $ 189.46 |
| 04/16/12 | 04/22/12 | $ 1,016.50 | 69.41 | $ 14.64 | 29.41 | $ 7.32 | $ 215.35 |
| 04/23/12 | 04/29/12 | $ 1,073.50 | 67.80 | $ 15.83 | 27.80 | $ 7.92 | $ 220.08 |
| 04/30/12 | 05/06/12 | $ 931.00 | 57.46 | $ 16.20 | 17.46 | $ 8.10 | $ 141.45 |
| 05/07/12 | 05/13/12 | $ 1,102.00 | 66.17 | $ 16.65 | 26.17 | $ 8.33 | $ 217.92 |
| 05/14/12 | 05/20/12 | $ 940.50 | 65.84 | $ 14.28 | 25.84 | $ 7.14 | $ 184.56 |
| 05/21/12 | 05/27/12 | $ 845.50 | 59.43 | $ 14.23 | 19.43 | $ 7.11 | $ 138.21 |
| 05/28/12 | 06/03/12 | $ 760.00 | 55.76 | $ 13.63 | 15.76 | $ 6.81 | $ 107.40 |
| 06/04/12 | 06/10/12 | $ 1,007.00 | 63.53 | $ 15.85 | 23.53 | $ 7.93 | $ 186.48 |
| 06/11/12 | 06/17/12 | $ 1,159.00 | 69.06 | $ 16.78 | 29.06 | $ 8.39 | $ 243.85 |
| 06/18/12 | 06/24/12 | $ 779.00 | 56.06 | $ 13.90 | 16.06 | $ 6.95 | $ 111.58 |
| 06/25/12 | 07/01/12 | $ 1,092.50 | 68.22 | $ 16.01 | 28.22 | $ 8.01 | $ 225.96 |
| 07/02/12 | 07/08/12 | $ 893.00 | 57.41 | $ 15.55 | 17.41 | $ 7.78 | $ 135.40 |
| 07/09/12 | 07/15/12 | $ 978.50 | 65.86 | $ 14.86 | 25.86 | $ 7.43 | $ 192.10 |
| 07/16/12 | 07/22/12 | $ 1,064.00 | 66.94 | $ 15.89 | 26.94 | $ 7.95 | $ 214.10 |
| 07/23/12 | 07/29/12 | $ 1,045.00 | 66.02 | $ 15.83 | 26.02 | $ 7.91 | $ 205.93 |
| 07/30/12 | 08/05/12 | $ 817.00 | 45.47 | $ 17.97 | 5.47 | $ 8.98 | $ 49.14 |
| 08/06/12 | 08/12/12 | | | $ - | | $ - | $ - |
| 08/13/12 | 08/19/12 | $ 969.00 | 65.32 | $ 14.83 | 25.32 | $ 7.42 | $ 187.81 |
| 08/20/12 | 08/26/12 | $ 1,083.00 | 69.47 | $ 15.59 | 29.47 | $ 7.79 | $ 229.71 |
| 08/27/12 | 09/02/12 | $ 1,006.30 | 56.99 | $ 17.66 | 16.99 | $ 8.83 | $ 150.00 |
| 09/03/12 | 09/09/12 | $ 1,083.00 | 71.97 | $ 15.05 | 31.97 | $ 7.52 | $ 240.54 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/10/12 | 09/16/12 | $ 1,159.00 | 67.90 | $ | 17.07 | 27.90 | $ | 8.53 | $ 238.12 |
| 09/17/12 | 09/23/12 | $ 1,130.50 | 67.64 | $ | 16.71 | 27.64 | $ | 8.36 | $ 230.98 |
| 09/24/12 | 09/30/12 | $ 1,149.50 | 68.61 | $ | 16.75 | 28.61 | $ | 8.38 | $ 239.67 |
| 10/01/12 | 10/07/12 | $ 1,206.50 | 74.93 | $ | 16.10 | 34.93 | $ | 8.05 | $ 281.22 |
| 10/08/12 | 10/14/12 | $ 1,187.50 | 67.49 | $ | 17.60 | 27.49 | $ | 8.80 | $ 241.85 |
| 10/15/12 | 10/21/12 | $ 389.50 | 21.73 | $ | 17.92 | | $ | 8.96 | $ - |
| 10/22/12 | 10/28/12 | $ 1,083.00 | 65.03 | $ | 16.65 | 25.03 | $ | 8.33 | $ 208.42 |
| 10/29/12 | 11/04/12 | $ 1,054.50 | 67.60 | $ | 15.60 | 27.60 | $ | 7.80 | $ 215.27 |
| 11/05/12 | 11/11/12 | $ 1,206.50 | 69.85 | $ | 17.27 | 29.85 | $ | 8.64 | $ 257.80 |
| 11/12/12 | 11/18/12 | $ 1,092.50 | 69.22 | $ | 15.78 | 29.22 | $ | 7.89 | $ 230.59 |
| 11/19/12 | 11/25/12 | $ 902.50 | 53.86 | $ | 16.76 | 13.86 | $ | 8.38 | $ 116.12 |
| 11/26/12 | 12/02/12 | $ 1,254.00 | 68.78 | $ | 18.23 | 28.78 | $ | 9.12 | $ 262.36 |
| 12/03/12 | 12/09/12 | $ 1,282.50 | 70.68 | $ | 18.15 | 30.68 | $ | 9.07 | $ 278.35 |
| 12/10/12 | 12/16/12 | $ 1,349.00 | 72.28 | $ | 18.66 | 32.28 | $ | 9.33 | $ 301.23 |
| 12/17/12 | 12/23/12 | $ 1,178.00 | 67.91 | $ | 17.35 | 27.91 | $ | 8.67 | $ 242.07 |
| | | | | | | | **Total:** | **$** | **9,231.85** |

TIME SHEET - PLAINTIFF ARTURO LABRADA 2013
PAYCHEX - HANDY WASH INC

| WEEK START | WEEK END | WEEKLY PAYMENT | TOTAL HOURS WORKED | HOURLY RATE | OT HOURS TOTAL | OT RATE PER HOUR | TOTAL OT OWED |
|---|---|---|---|---|---|---|---|
| 12/24/12 | 12/30/12 | $ 228.00 | 22.72 | $ 10.04 | | $ 5.02 | $ - |
| 12/31/12 | 01/06/13 | | | $ - | | $ - | $ - |
| 01/07/13 | 01/13/13 | $ 1,216.00 | 68.80 | $ 17.67 | 28.80 | $ 8.84 | $ 254.51 |
| 01/14/13 | 01/20/13 | $ 1,292.00 | 68.12 | $ 18.97 | 28.12 | $ 9.48 | $ 266.67 |
| 01/21/13 | 01/27/13 | $ 1,263.50 | 71.28 | $ 17.73 | 31.28 | $ 8.86 | $ 277.23 |
| 01/28/13 | 02/03/13 | $ 1,168.50 | 65.39 | $ 17.87 | 25.39 | $ 8.93 | $ 226.86 |
| 02/04/13 | 02/10/13 | $ 1,263.50 | 67.54 | $ 18.71 | 27.54 | $ 9.35 | $ 257.60 |
| 02/11/13 | 02/17/13 | $ 1,083.00 | 54.86 | $ 19.74 | 14.86 | $ 9.87 | $ 146.68 |
| 02/18/13 | 02/24/13 | $ 1,083.00 | 67.81 | $ 15.97 | 27.81 | $ 7.99 | $ 222.08 |
| 02/25/13 | 03/03/13 | $ 1,273.00 | 65.78 | $ 19.35 | 25.78 | $ 9.68 | $ 249.45 |
| 03/04/13 | 03/10/13 | $ 1,216.00 | 59.36 | $ 20.49 | 19.36 | $ 10.24 | $ 198.30 |
| 03/11/13 | 03/17/13 | $ 1,149.50 | 63.19 | $ 18.19 | 23.19 | $ 9.10 | $ 210.93 |
| 03/18/13 | 03/24/13 | $ 1,406.00 | 65.15 | $ 21.58 | 25.15 | $ 10.79 | $ 271.38 |
| 03/25/13 | 03/31/13 | $ 883.50 | 57.19 | $ 15.45 | 17.19 | $ 7.72 | $ 132.78 |
| | | | | | | Total: | $ 2,714.46 |