UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22293-CIV-ALTONAGA/O'Sullivan

ARTURO LABRADA

    Plaintiff,

vs.

HANDY WASH, INC., d/b/a INDEPENDENT DRIVERS ASSOCIATION, ZUNI TRANSPORTATION, INC., and JORGE AZOR,

    Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION TO CONTINUE SETTLEMENT CONFERENCE

Defendants HANDY WASH, INC. d/b/a INDEPENDENT DRIVERS ASSOCIATION, ZUNI TRANSPORTATION, INC. and JORGE AZOR, through undersigned counsel, respectfully request this Court to continue the Settlement Conference currently set for August 6, 2015, as follows:

1.    <u>Summary of Motion</u>:  On June 24, 2015, the Court entered an order setting a Settlement Conference for August 6, 2015 at 9:30 a.m. in front of Magistrate Judge John J. O'Sullivan [DE 9].  The Settlement Conference was set with the consent of all parties. However, Defendants are not available to attend the August 6 Conference in person, as JORGE AZOR, who is the corporate defendants' representative and an individual defendant, will be out of town. When the August 6 date was cleared with Defendants, AZOR did not realize he would not be in South Florida, and he is presently in North Carolina through August 10, 2015.  Defendants

request the Settlement Conference be re-scheduled, and regret any inconvenience to the Court and to Plaintiff.

2. <u>Reasonable Basis for Seeking Continuance:</u>  Defendant JORGE AZOR is unavailable and unable to attend the Settlement Conference on August 6, 2015 as he will not be in Florida on that date.  At the time the Conference was coordinated back on June 24, 2015, Defendant AZOR mistakenly approved the date, as he incorrectly anticipated that he would be back in South Florida from North Carolina, and would be available to attend.  When reminded of the Settlement Conference today, Defendant AZOR immediately communicated his unavailability to counsel.  Defendants regret any inconvenience, but must request the Settlement Conference be reset.

3. <u>No Prejudice</u>: None of the parties will be prejudiced by the granting of this motion.  The trial of this matter is not yet scheduled and a brief continuance of the Settlement Conference will not interfere with the trial schedule.

4. <u>Good Faith</u>:  This extension of time is requested in good faith and is not intended for the purpose of delay.

WHEREFORE, Defendants HANDY WASH, INC., d/b/a INDEPENDENT DRIVERS ASSOCIATION, ZUNI TRANSPORTATION, INC., and JORGE AZOR, respectfully request the Court enter an Order rescheduling the Settlement Conference in this case, and any such further relief this Court deems necessary and proper.

        Respectfully submitted,

        GRUMER & MACALUSO, P.A.
        Attorneys for DEFENDANTS
        One East Broward Boulevard, Suite 1501
        Fort Lauderdale, Florida 33301
        (954) 713-2700
        (954) 713-2713 (fax)
        Primary Email:    Service@grumerlaw.com
        Secondary Emails:  kgrumer@grumerlaw.com
                              slopez@grumerlaw.com

        By:   /s/ Keith T. Grumer          
             KEITH T. GRUMER
             FLORIDA BAR No.: 504416

## **CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with Plaintiff's counsel and is authorized to represent that Plaintiff does not oppose the requested relief.

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on 30th day of July, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or vial U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        By: /s/ Keith T. Grumer